394 P.3d 791

**Rhonda'e QUIN'LEY, Petitioner-
Appellant,**

v.

**STATE of Hawai'i, Respondent-Appellee**

NO. CAAP-16-0000332

Intermediate Court of Appeals of Hawai'i.

May 19, 2017

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (S.P.P. NO. 14-
1-0014; CR. NO. 88-2289)

SUMMARY DISPOSITION ORDER

Affirmed.